UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| Tara Rhodes, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Mississippi County, Missouri, et al., )<br>)<br>Defendants. )<br>) | No.   1:16-cv-84 AGF |

### WRIT OF HAEBEAS CORPUS AD TESTIFICANDUM

To:   The Warden
      Chillicothe Correctional Center
      3151 Litton Road
      Chillicothe, Missouri 64601

**Savannah Davis, inmate no. 1137914**, a necessary witness at trial in this case on March 12, 2018, at 1:30 p.m., is confined at Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri 64601, in the custody of the Warden.

Upon the court's order (ECF No. 70), we command you to produce Savannah Davis to participate in trial proceedings before the Honorable Audrey G. Fleissig, United States District Court, 555 Independence Street, Cape Girardeau, Missouri 63703, on **March 12, 2018, at 1:30 p.m.,** and from day to day until completion of her testimony or as ordered by the court, and thereafter return the inmate to Chillicothe Correctional Center.

Further, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated: 2/22/2018

_____
**Clerk of the United States District Court**